UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3: 11-006-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| BRYAN RANDELL KELLY, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Bryan Kelly pleaded guilty to bank robbery (Count 1) and to brandishing a firearm during a crime of violence (Count 2) on November 15, 2011.  [Record No. 99] He was sentenced to 112 months' imprisonment on Count 1 and 84 months' imprisonment on Count 2, to run consecutively, for a total term of 196 months.  [*Id.*]  During Kelly's sentencing hearing, two points were added to his criminal history score because he committed the offense of conviction while under a criminal justice sentence.  *See* U.S.S.G. § 4A1.1(d).  However, Amendment 821 to the United States Sentencing Guidelines (Part A) now reduces the number of "status points" assessed for defendants like Kelly who have more than six criminal history points.  *See* U.S.S.G. Amend. 821, eff. Nov. 1, 2023; U.S.S.G. § 4A1.1(e).

Amendment 821 may apply retroactively to reduce the sentences of defendants who have already been sentenced.  *See* 18 U.S.C. § 3582(c)(2).  When considering whether to reduce the sentence of such a defendant, the Court considers whether the factors set forth in 18 U.S.C. § 3553(a) weigh in favor of granting a sentence reduction.  *Id.*  And while courts may consider whether defendants are eligible for sentence reductions as of the Amendment's

effective date, individuals who are granted sentence reductions can be released from custody no earlier than February 1, 2024.

Consistent with General Order 23-21, the United States Probation Office for the Eastern District of Kentucky has prepared an analysis regarding the expected application of the Amendment to the defendant's sentence. The Probation Office will be directed to provide a copy of its analysis to the defendant and the United States. The United States will be directed to tender a response and the defendant may thereafter file a reply. Following the conclusion of briefing, the matter will stand submitted to the Court for determination of whether the defendant's sentence will be reduced.

Based on the foregoing, it is hereby

**ORDERED** as follows:

1.     The United States Probation Office is directed to promptly provide a copy of its analysis regarding application of Amendment 821 to the United States and Defendant Bryan Kelly.

2.     **Within 14 days**, the United States is directed to file a response explaining its position regarding whether the defendant should receive a sentence reduction under Amendment 821 (and, if so, to what extent).

3.     **Within 14 days** after service of the United States' response, Defendant Kelly may file a reply.

4.     The Clerk of the Court is directed to forward a copy of this Memorandum Order to the United States Probation Office in Frankfort, Kentucky.

Dated: December 19, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky